**CSReeder, PC**
Mark Passin (SB#101195)
Mark@csrlawyers.com
11766 Wilshire Blvd., Suite 1470
Los Angeles, CA 90025
Telephone: 310-861-2470
Fax: 310-861-2476

Attorneys for Plaintiff,
Soul Assassins, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Soul Assassins, Inc., a California Corporation; <br><br> Plaintiff, <br><br> v. <br><br> Peloton Interactive, Inc., a Delaware Corporation; <br><br> Defendant. | Case No. __2:22-cv-05134__ <br><br> COMPLAINT FOR COPYRIGHT INFRINGEMENT <br><br> JURY TRIAL DEMANDED |

Plaintiff, by its attorneys, CSReeder, PC, brings this action against the Defendant herein and complains and alleges as follows:

## THE PARTIES

1.      Plaintiff Soul Assassins, Inc. ("Soul Assassins") is a corporation organized and existing under the laws of the State of California, with its principal place of business in Los Angeles, California.

2.      Upon information and belief, Peloton Interactive, Inc. ("Peloton") is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in New York, New York.  Peloton is licensed to do business in California and Plaintiff is informed and believes that Peloton does business in Los Angeles, California.

1

COMPLAINT

CSREEDER, PC
ATTORNEYS AT LAW
LOS ANGELES

**JURISDICTION AND VENUE**

3.      Plaintiff brings this action pursuant to, and the jurisdiction of this Court rests on the grounds that this is a civil action arising under, the Copyright Act of the United States (17 U.S.C. §101 et seq.).  This court has exclusive jurisdiction over this action under 28 U.S.C. §§1331 and 1338(a)

4.      Venue is proper in this District pursuant to 28 U.S.C. §§1391 (b) (1) and (2) and 28 U.S.C. §1400(a) in that a substantial part of the events giving rise to the claims occurred in the Central District of California and Defendant is licensed to do business in California and subject to personal jurisdiction in this District.

FIRST CLAIM FOR RELIEF

AGAINST DEFENDANT

(COPYRIGHT INFRINGEMENT)

5.      Each and every allegation contained in paragraph 1 through 4 of the Complaint is repeated and realleged as if set forth herein in full.

6.      Soul Assassins is Lawrence Muggerud's ("Muggerud") music publishing company and Muggerud has assigned to Soul Assassins all of the copyrights that were originally registered in the name of Soul Assassin Music, which was a fictitious business name for Muggerud.  Muggerud is a well-known record producer, engineer and songwriter.  During his career Muggerud has written many well-known and commercial successful musical compositions.

7.      Peloton is a well-known fitness company.  Peloton sells, among other work-out equipment, stationary bikes and treadmills that allow users to exercise while watching instructor-led video workouts.  It sells subscriptions to its video workouts to both consumers who have bought a Peloton bike or treadmill and those who use work-out equipment purchased from other manufacturers.

8.      The music in the Peloton fitness videos provide the tempo for the person exercising.  Peloton publishes a music playlist for some of its archived videos and

2

COMPLAINT

allows consumers to select work-out classes based on the type of music they wish to hear.

9.      Muggerud, complying in all respects with the Copyright Laws of the United States, as proprietor thereof secured the exclusive rights and privileges in and to an undivided interest in the below listed copyrights.

| Title | Copyright Registration No. | Ownership |
|---|---|---|
| *Jump Around* | PA0001719145 & PA0001397762 | 40% |
| *Insane in the brain* | PA0000664235 | 50% |
| *(Rock) superstar* | PA0001000721 & PA0001009112 | 50% |
| *How I could just kill a man* | PA0000796241 | 13.40% |
| *(Rap) superstar* | PA0001000733 & PA0001009110 | 50% |
| *Hits from the Bong* | PA0000866369 | 15% |
| *Boom biddy bye bye* | PA0000791518 | 55% |
| *Real thing* | PA0000690250 | 10% |
| *I ain't goin' out like that* | PA0000866370 | 7.5% |
| *Tequila Sunrise [Radio edit]* | PA0000969236 | 50% |
| *Tequila Sunrise* | PA0000944323, PA0000978418, PA0000969237, PA0000969240 and PA0000969239 | 50% |

10.     Muggerud assigned his interest in the above musical compositions to Soul Assassins.  Soul Assassin's interest in the above-described musical compositions shall

/ / /

CSREEDER, PC
ATTORNEYS AT LAW
LOS ANGELES

CSREEDER, PC
ATTORNEYS AT LAW
LOS ANGELES

1    hereinafter be referred to as "Soul Assassins' Ownership Share of the Musical

2    Compositions."

3        11.    Said musical compositions contain a large amount of wholly original

4    material and constitute copyrightable subject matter under the laws of the United

5    States.

6        12.    Since the creation of each of the musical compositions, Plaintiff has duly

7    complied with all pertinent provisions of the Copyright Act and all the laws governing

8    copyright with respect to the musical compositions.

9        13.    Soul Assassins discovered within 3 years of the filing of this Complaint,

10   and could not have reasonably discovered earlier, that Peloton has been using without

11   its permission Soul Assassins' Share of the Musical Compositions in its work-out

12   videos without Soul Assassins' authorization.

13       14.    Peloton's use of Soul Assassins' Share of the Musical Compositions in its

14   work-out videos without a license from Soul Assassins is an outrageous, willful

15   infringement because Peloton was sued by a group of music publishers in March of

16   20019, for doing the exact same thing.  Clearly, based on the aforementioned lawsuit

17   Peloton knew unequivocally that it had no right to use any musical composition in its

18   exercise videos without first obtaining a license for one hundred percent (100%) of

19   the song.

20       15.    Plaintiff has not granted Peloton any right or license to use the musical

21   compositions.

22       16.    The continuance of the infringing acts by Peloton will, unless enjoined by

23   this Court, cause Plaintiff to suffer irreparable damages.

24       17.    By reason of the foregoing willful infringements and Peloton's flagrantly

25   violating the Copyright Law, Plaintiff is entitled to statutory damages of $150,000 for

26   each work infringed.  Alternatively, at Plaintiff's election, Plaintiff is entitled to their

27   damages and an accounting and payment to Plaintiff of all gains, profits and

28   / / /

4

COMPLAINT

1  advantages Peloton derived from its copyright infringement of Soul Assassins'

2  Ownership Share of the Musical Compositions.

3     18.    Plaintiff has no adequate remedy at law.

4

5     WHEREFORE, Plaintiff demands judgment against Defendant as follows:

6     (a)    An award of statutory damages for Peloton's willful infringement

7  of $150,000 per work infringed or, alternatively, at Plaintiff's election, an accounting

8  and payment to Plaintiff of all gains, profits and advantages Peloton derived from its

9  copyright infringement of Soul Assassins' Ownership Share of the Musical

10 Compositions;

11    (b)    That Peloton, their officers, agents, servants, employees and all

12 persons, firms, corporation and associations in active concert or participation with

13 them, be enjoined during the pendency of this action and permanently from using in

14 its work-out videos any of the infringing compositions;

15    (c)    That Plaintiff have and recover its attorneys' fees incurred herein;

16    (d)    An award to Plaintiff of the costs and disbursements, incurred in

17 prosecuting this action;

18    (e)    For interest thereon; and

19    (f)    For such other and further relief as the Court deems just and proper.

20

21 DATED: July 25, 2022                    CSReeder, P. C.

22

23 By:_____

24                                        Attorneys for Plaintiff
                                          Soul Assassins, Inc.

25

26

27

28

5

COMPLAINT

**Jury Demand**

Plaintiff demands a trial by jury.

DATED:  July 25, 2022                    CSReeder, P.C.

By:_____
                          Attorneys for Plaintiff
                          Soul Assassins, Inc.

6
COMPLAINT