**CSReeder, PC**
Mark Passin (SB#101195)
Mark@csrlawyers.com
11766 Wilshire Blvd., Suite 1470
Los Angeles, CA 90025
Telephone: 310-861-2470
Fax: 310-861-2476

Attorneys for Plaintiff,
Soul Assassins, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Soul Assassins, Inc., a California Corporation<br><br>Plaintiff,<br><br>v.<br><br>Peloton Interactive, Inc., a Delaware Corporation<br><br>Defendant, | Case No. <u>2:22-cv-05134</u><br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Plaintiff Soul Assassins, Inc. hereby provides notice that is hereby dismissing without prejudice and without costs, all claims alleged in the Complaint against Defendant Peloton Interactive Inc. ("Peloton"). Defendant Peloton has not filed an answer to the Complaint or a motion for summary judgment. Therefore, it is respectfully submitting the dismissal under Rule 41(a)(1)(A)(i) is appropriate. Each party shall bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

1

NOTICE OF DISSMISAL WITHOUT PREJUDICE

1    DATED: October 28, 2022                          CSReeder, P. C.

2

3                                                By:_____

4                                                   Attorneys for Plaintiff
                                                    Soul Assassins, Inc.
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CSREEDER, PC
ATTORNEYS AT LAW
LOS ANGELES

2
NOTICE OF DISSMISAL WITHOUT PREJUDICE