AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.           DATE FILED<br>2:22-cv-05134-SVW-RAOx    7/25/2022 | U.S.D.C. for the Central District of Califonria<br>First Street U.S. Courthouse<br>350 W 1st Street, Suite 4311, Los Angeles, CA 90012-4565 |
| PLAINTIFF<br>Soul Assassins, Inc. | DEFENDANT<br>Peloton Interactive, Inc. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  See Exhibit "A" | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>**NOTICE OF VOLUNTARY DISMISSAL**<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☒ No | DATE RENDERED<br>10/28/2022 |
|---|---|---|
| CLERK<br>**KIRY K. GRAY** | (BY) DEPUTY CLERK<br>**A. BANDEK** | DATE<br>10/31/2022 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# EXHIBIT A

EXHIBIT "A"

|    | Registration No. | Title | Authors |
|----|------------------|-------|---------|
| 1. | PA0001719145 | Jump Around | Lawrence Muggerud<br>Erik Schrody |
| 2. | PA0001397762 | Jump Around | Lawrence Muggerud<br>Erik Schrody |
| 3. | PA0000664235 | Insane in the brain | Larry Muggerud<br>Louis Freeze<br>Semen Reyes |
| 4. | PA0001000721 | (Rock) superstar | Larry Muggerud<br>Louis Freese<br>Semen Reyes |
| 5. | PA0001009112 | (Rock) superstar | Larry Muggerud<br>Louis Freese<br>Semen Reyes |
| 6. | PA0000796241 | How I could just kill A man | Larry Muggerud<br>Louis Freese<br>Semen Reyes |
| 7. | PA0001000733 | (Rap) superstar | Larry Muggerud<br>Louis Freese |
| 8. | PA0001009110 | (Rap) superstar | Lawrence Muggerud<br>Louis Freese |
| 9. | PA0000866369 | Hits from the bong | Larry Muggerud<br>Louis Freese |
| 10. | PA0000791518 | Boom biddy bye bye | Larry Muggerud<br>Louis Freese<br>Semen Reyes |
| 11. | PA0000690250 | Real Thing | Larry Muggerud<br>Louis Freese<br>Semen Reyes |

|     |              |        | David Abbruzzese<br>Jeff Ament<br>Stone Gossard |
| --- | --- | --- | --- |
| 12. | PA0000866370 | I ain't goin' out like that | Larry Muggerud<br>Louis Freese<br>Todd Ray |
| 13. | PA000944323 | Tequila Sunrise | Barron Rickes<br>Larry Muggerud<br>Louis Freese |
| 14. | PA0000978418 | Tequila Sunrise | Barron Rickes<br>Larry Muggerud<br>Louis Freese |
| 15. | PA0000969237 | Tequila Sunrise | Barron Rickes<br>Larry Muggerud<br>Louis Freese |
| 16. | PA0000969240 | Tequila Sunrise | Barron Rickes<br>Larry Muggerud<br>Louis Freese |
| 17. | PA0000969236 | Tequila Sunrise [Radio Edit] | Barron Rickes<br>Larry Muggerud<br>Louis Freese |
| 18. | PA0000969239 | Tequila Sunrise | Barron Rickes<br>Larry Muggerud<br>Louis Freese |